**IN THE UNITED STATES DISTRICT COURT**
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



ANGELLA EVERETT, Plaintiff,

v.

NOVO PLATFORM INC., Defendant.

4:25-CV-1312-O

Civil Action No. _____

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Plaintiff, Angella Everett, appearing in proper person, and respectfully submits this Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915. In support thereof, Plaintiff states the following:

1. Plaintiff is currently unemployed and has no income or financial assets sufficient to pay the costs of these proceedings.

2. Plaintiff's financial hardship is exacerbated by the termination of long-term disability benefits in September 2025, which remain under appeal. Plaintiff is unable to afford basic living expenses and payment of the filing fee would present an undue burden.

3. Plaintiff asserts that the claims in this action are made in good faith and are not frivolous. Plaintiff respectfully requests the Court allow this action to proceed without prepayment of fees or costs.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Proceed In Forma Pauperis and allow the filing of this action without prepayment of costs.

Respectfully submitted,

All rights reserved. Without prejudice.

By:
_____
ANGELLA EVERETT
Appearing in propria persona

Email: aevere04@gmail.com

Phone: 817-458-8353