IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ANGELLA EVERETT,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:25-cv-01312-O-BP |
| **NOVO PLATFORM INC.,** | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this 5th day of **January, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**