IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELLA EVERETT, | § | |
| Plaintiff, | § | |
| | | |
| v. | § Civil Action No. 4:25-cv-01312-O-BP | |
| | | |
| NOVO PLATFORM INC., | § | |
| Defendant. | § | |

MOTION TO REOPEN CASE AND ACCEPT PAYMENT OF FILING FEE

COMES NOW Plaintiff Angella Everett, appearing in propria persona, and respectfully moves this Court to reopen the above-captioned case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint and a motion to proceed in forma pauperis (IFP) on November 20, 2025. On November 24, 2025, the Court issued an Order and Notice of Deficiency requiring the filing of a completed AO 239 long-form IFP application or payment of the full filing fee by December 8, 2025.

2. Due to an address error on file with the Clerk's Office, Plaintiff did not receive the Court's Order until after the final judgment had already been entered. Plaintiff verbally corrected her address with the Clerk on December 18, 2025, but did not receive any follow-up communication until January 12, 2026.

3. Because Plaintiff was unaware of the deficiency until after the Court had already dismissed the matter, she was deprived of the opportunity to timely cure the defect or pay the fee.

4. Plaintiff now wishes to proceed by paying the full filing fee of $405.00. This motion is brought in good faith, and no prejudice will result to the Defendant, as the case was dismissed without prejudice.

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Vacate the judgment entered on January 5, 2026;

b. Reopen this case to allow Plaintiff to proceed upon payment of the required filing fee; and

c. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

All rights reserved. Without prejudice.

By:

_Angella Everett_

ANGELLA EVERETT

Appearing in propria persona

Clerk, U.S. District Court
Northern District of Texas – Fort Worth Division
501 W. 10th Street, Room 310
Fort Worth, TX 76102


Re: 4:25-cv-01312-O-BP
Motion to Reopen Case & Accept Filing Fee
Angella Everett v. Novo Platform Inc.


Dear Clerk:


Enclosed please find the following documents for filing in the above-captioned civil matter:

1. Original and one copy of Plaintiff's Motion to Reopen Case and Accept Filing Fee;
2. Original and one copy of Plaintiff's Notice of Correct Address;
3. Original Proposed Order Granting Motion to Reopen Case;
4. Money Order in the amount of $405.00 payable to "Clerk, U.S. District Court."

Please file-stamp the enclosed copy of the Motion and Notice and return it to me via mail.

Thank you for your assistance.


Sincerely,

By: Angella Everett
Angella Everett



PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

**PRIORI** PRIORITY MAIL
FLAT RATE ENVELOPE
**MAIL** POSTAGE REQUIRED

VISIT US AT USPS.COM®
Label 106A, Nov 2018

**UNITED STATES POSTAL SERVICE** **PRIORITY®** Retail

US POSTAGE PAID
**P** **$11.95** Origin: 73068
01/21/26
3959290388-08

**PRIORITY MAIL®**

- Expected deliver
- Domestic shipme
- USPS Tracking®
- Limited internatio
- When used intern

*Insurance does not cov
Domestic Mail Manual a
** See International Mail

**FLAT RA**
ONE RATE ■ AN

**TRACKED**

0 Lb 1.40 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 01/24/26

C024

SHIP TO:
STE 310
501 W 10TH ST
FORT WORTH TX 76102-3541

**USPS TRACKING® #**

9505 5152 0472 6021 0023 47

PS000010

FROM:

A. Everett
1209 N. Saginaw Blvd.
Ste G. #145
Saginaw, Texas 76179

TO:

Clerk, US District Court
Northern District Court of Texas-
Fort Worth Division
501 W. 10th Street, Room 310
Fort Worth, TX 76102

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.