IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION



| | | |
|---|---|---|
| ANGELLA EVERETT, | § | |
| Plaintiff, | § | |
| | | |
| v. | § Civil Action No. 4:25-cv-01312-O-BP | |
| | | |
| NOVO PLATFORM INC., | § | |
| Defendant. | § | |

NOTICE OF CORRECT ADDRESS FOR CLERK'S RECORD

COMES NOW Plaintiff Angella Everett, appearing in propria persona, and submits this

Notice to ensure the Court's records reflect her correct mailing address. Plaintiff

previously informed the Clerk's Office by phone on December 18, 2025, that she had not

received court mailings due to an address error.

For clarity and the integrity of the record, Plaintiff confirms that her correct mailing

address is:

1209 N. Saginaw Blvd

Ste G#145

Saginaw, TX 76179


Plaintiff respectfully requests that the Clerk update the docket and ensure all future communications are sent to the above address.


Respectfully submitted,


All rights reserved. Without prejudice.

By:

_Angella Everett_

ANGELLA EVERETT

Appearing in propria persona