**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ANGELLA EVERETT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-01312-O-BP** |
| | § | |
| **NOVO PLATFORM INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiff's Motion to Reopen the Case, ECF No. 9.  A plaintiff may file a second suit for claims dismissed without prejudice, but the Court declines to reopen the dismissed case.  *See Lambert v. U.S.*, 44 F.3d 296, 298 (5th Cir. 1995).

**SO ORDERED** this **3rd day** of **Februrary, 2026**.



_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**